James W. Moller
attyjmoller@aol.com
8655 SW Citizens Dr., Ste. 104
Portland, OR 97070
(971) 224-4195
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LYNDY M. SLAUGHTER,              ) | |
| ) | Case No. 6:14-cv-01778-BR |
| Plaintiff,    ) | |
| vs.                                            ) | |
| ) | |
| CAROLYN W. COLVIN,                ) | ORDER APPROVING PLAINTIFF'S |
| ) | MOTION FOR APPROVAL |
| Acting Commissioner of Social Security,  ) | OF ATTORNEY FEES PURSUANT |
| ) | TO 42 U.S.C. §406(B) |
| Defendant.    ) | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $7,963.07 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 30th day of September, 2016.

_____
U.S. District Court Judge/~~Magistrate~~

PRESENTED BY:
James W. Moller
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER 42 U.S.C.§406(b) – P. 1

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Plaintiff's Motion For Approval of Attorney Fees and Order Approving Motion for Attorney Fees was filed with the Clerk of the Court on August 12, 2016, using the CM/ECF system, which will send notification of such filing to the following: Sarah L. Martin and Janice E. Hebert.

                                                   s/ James W. Moller
                                                   James W. Moller
                                                   Of Attorneys for Plaintiff